Page: 1

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 15-03025 | HAC | Judge: | Henry A. Callaway | Trustee Name: | D. Parker Sweet |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | C&G Boat Works, Inc. | | | | Date Filed (f) or Converted (c): | 09/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/16/2015 |
| For Period Ending: | 03/19/2023 | | | | Claims Bar Date: | 02/02/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable<br><br>Accounts receivable with a nominal value of $205,834.14 which the debtor estimates have a total recoverable value of $127,974.00. Face amount reduced to $127,974.00 by amended schedules filed 12/17/15 (Doc. 24). Subject to lien of Wells Fargo.<br>MFR filed by Wells Fargo granted by Order entered 04/28/16 (Doc 45).<br><br>Trustee will not pursue collection due to lien. | 127,974.00 | 0.00 | | 0.00 | FA |
| 2. Potential Preference/Fraudulent Transfer Claims (u)<br><br>Potential claims against the Debtor's principals and/or related entities relating to the transfer of funds and/or assets among C&G Boat Works, Graham Holding, Graham Gulf, Davenport, and other related entities. Claims may also include transfers to or for the benefit of insiders.<br><br>Settlement of claims by payment of $5,000.00 to the estate approved by Order entered 11/02/16 (Doc. 52).<br><br>After settlement check was dishonored, the claim was subsequently approved as a pre-conversion administrative expense in the Graham Gulf case, #15-03065 (Doc. 744 therein). | Unknown | 5,000.00 | | 5,000.00 | FA |
| 3. (unscheduled) Bank Account (u)<br><br>Regions Bank account | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 4. (u) Remnant Asset Sale Proceeds (u) | Unknown | 5,000.00 | | 5,000.00 | FA |
| 5. (u) Reimbursement of 363 motion filing fee (u)<br><br>As part of remnant asset purchase, Oak Point Partners agreed to reimburse filing fee for sale of assets free and clear of liens under Section 363. | Unknown | 181.00 | | 181.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | | $127,974.00 | $20,181.00 | | $20,181.00 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/30/15 Motion to extend deadline to file schedules through 10/14.

10/01/15: Order granting motion to extend deadline to file schedules (Doc 11)

02/17/16: Called and left a message to Hank Arnold about the documents concerning the sale of the personal property.

02/17/16: Jared and Whitney Cruthird filed a motion for relief from automatic stay and for an expedited ruling. (Doc 28)

03/09/16: Order on Mot for relief re: C & G Boatworks (Doc 35)

04/15/16: Wells Fargo MFR filed (Doc 41)

04/28/16: Well Fargo MFR granted (Doc 45)

08/29/16: Conference call with attorneys for Seacor re: possible settlement of all claims among all involved entities (C&G, Graham Gulf, Davenport, Seacor, etc.) by mutual release.

09/08/16: Phone call with Jeff Hartley, attorney for Graham Gulf (in its Ch11) re: payment of nominal compensation to C&G's bankruptcy estate in consideration for agreeing to the mutual release.

09/09/16: Follow-up with Jeff Hartley re: status of settlement negotiations, particularly the issue of compensating C&G.

09/30/16: Debtor's Motion Pursuant to Bankruptcy Rule 9019 to Approve Settlement. (Civil Action No. 14-596) (Doc 47)

11/02/16: Order filed granting Trustee's Motion to Approve settlement (Doc 52)

11/04/16: Notice of Assets filed. Claim bar date 2/2/17. (Doc 53)

02/08/17: Claims reviewed.

02/16/17: A form 1 was filed stating that the claims were reviewed. (Doc 58)

03/14/18: Follow-up inquiry to J. Hartley re: Graham Gulf check which was dishonored. Sent inquiry to counsel for the trustee in the Graham Gulf case re: honoring the check.

04/28/19: Filed application for administrative expenses in the Graham Gulf case (Doc. 738, case #15-03065) seeking admin exp status for unpaid settlement amount and determination as to whether it would be treated as a prior or current chapter expense if allowed. Form 1 Report filed (Doc. 61).

05/28/19: Order entered in Graham Gulf case (Doc. 744 in 15-03065) allowing unpaid settlement amount as a prior-chapter administrative expense.

02/19/20: Status update - awaiting final report and disbursement in Chapter 7 case of parent company, Graham Gulf, case # 15-03065. Also negotiating "remnant asset" sale with Oak Point Capital. Form 1 Report filed (Doc. 62).

04/02/20: Filed motion to approve private sale of remnant assets free and clear of liens (Doc. 63)

04/30/20: Order entered approving remnant asset sale to Oak Point Partners (Doc. 68)

11/30/20: Sent email to revenue commissioner re: Claim #3; need to amend to assert priority status instead of secured. Entire dividend to creditors expected to be paid to this claim. Report of Sale filed (Doc. 75). Filed bank statements for April 2018 through October 2020. Form 1 Report filed.

08/31/21: Sent follow-up email to revenue commissioner's office and left voicemail. Form 1 Report filed.

12/28/21: No response to date from revenue commissioner's office.

03/15/22: Status update - no response from revenue commissioner's office, will proceed with objection to claim. Objection to claim #3 filed (Doc. 79).

04/19/22: Order entered sustaining objection to claim #3 (Doc. 83); claim reclassified as priority unsecured.

07/20/22: Bank statements through June 2022 filed. Stop bank fees date entered.

08/26/22: Status update - Bank fees still incurred for August, awaiting corrective refund.

03/19/23: Draft TFR submitted to BA's office for pre-filing audit and approval. Form 1 report filed.


Initial Projected Date of Final Report (TFR): 02/14/2017     Current Projected Date of Final Report (TFR):

Trustee Signature:     /s/ D. Parker Sweet     Date: 03/19/2023

D. Parker Sweet
Chapter 7 Bankruptcy Trustee
P.O. Box 537
Daphne, AL 36526
(251)626-3322
trustee@sweetlawalabama.com